IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ＣＱ ___ D.C.

05 JUL 14 AM 10: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)   Civil No. 04-2864-B
-v- )
)
SIX THOUSAND SIX HUNDRED FIFTY DOLLARS )
($6,650.00) in United States Currency, )
)
Defendants. )

## DEFAULT

Upon the request and affidavit of the plaintiff, United States of America, filed July 13, 2005, DEFAULT IS HEREBY ENTERED against the named defendant, <u>Six Thousand Six Hundred Fifty Dollars ($6,650.00) in United States Currency,</u> pursuant to FRCvP 55(a).

In accordance to FRCvP 4, service of process was executed against the defendant property on December 29, 2004.

For good cause shown, the court may set aside this entry for default, pursuant to Rule 55(c).

Entered this 14th day of July, 2005.

THOMAS M. GOULD,
Clerk of Court

BY: Earline Drayer
Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 7-14-05

10

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:04-CV-02864 was distributed by fax, mail, or direct printing on July 14, 2005 to the parties listed.

---

Christopher E. Cotten
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT